**Opinion filed September 15, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00217-CV
_____

## IN THE INTEREST OF S.M.O. AND S.B.O., CHILDREN

**On Appeal from the County Court at Law**
**Ector County, Texas**
**Trial Court Cause No. CC-3556-PC**

### M E M O R A N D U M   O P I N I O N

Appellant, the mother of S.M.O. and S.B.O., has filed in this court a motion to dismiss her appeal. In the motion, Appellant requests that this court withdraw her notice of appeal and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

September 15, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.